USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chacha,

                Petitioner,

–v–

Decker, et al.,

                Respondent.

21-cv-00879 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The parties are ordered to confer and submit a joint briefing schedule for Petitioner's habeas petition. If the parties cannot agree, they should submit a joint letter containing both proposals. The parties should also confer and indicate whether there is consent to the interim stay request, or if the parties need to be heard on that request this week. The joint letter is due February 2, 2021. The Petitioner is ordered to serve the petition, the proposed order to show cause, and this Order on Respondent before the end of the day today, February 1.

      SO ORDERED.

Dated: February 1, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge